**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


HERR-VOSS STAMCO, INC., : No. 389 EAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
FRANCIS BAUER AND LINDA BAUER, :
:
Respondents :


## AMENDED ORDER


**PER CURIAM**

    **AND NOW**, this 20th day of November, 2015, the Petition for Allowance of Appeal is **DENIED,** Respondent's request to seal the case is **GRANTED**, and Respondent's Motions for an Extension of Time and for Leave to File their Answer and Exhibits Under Seal are **DENIED as MOOT**.